# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

UNITED STATES OF AMERICA          :

vs.                                : CRIMINAL NO.: 17-00044-WS-N

JOSEPH ALLEN BUCKLEY               :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge P. Bradley Murray (Doc. 134) and without any objection having been filed by the parties, Defendant's plea of guilty to Count(s) One of the Superseding Indictment is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **November 30, 2017, at 11:00 a.m., before the undersigned**.

**DONE and ORDERED** this the 27th day of September, 2017.

                                s/WILLIAM H. STEELE
                                UNITED STATES DISTRICT JUDGE